In the Matter of the Claim of SUSAN RHOADES, Individually and as Guardian ad Litem, etc., Appellant, against MILLER BROTHERS CONSTRUCTION COMPANY, INC., and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Claim for death benefits has been disallowed. Deceased intentionally went to sleep and met his death from carbon monoxide poisoning. The Industrial Board found that he had abandoned his employment. Decision unanimously affirmed, on the authority of *Matter of Groszek* v. *Western Union Telegraph Co.* (262 N. Y. 478). Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of CARMINE PASSARELLI, Respondent, against COLUMBIA ENGINEERING AND CONTRACTING Co., INC., and Others, Respondents, and HOME INDEMNITY COMPANY, Reinsurer of SOUTHERN SURETY COMPANY, in Liquidation, Appellant. STATE INDUSTRIAL BOARD, Respondent.— A general contractor had a contract for road construction; he sublet a portion of the contract to a subcontractor who, in turn, sublet a portion thereof to a sub-subcontractor by whom the claimant was employed. The claimant's employer was not covered by insurance. The subcontractor, who had sublet a portion of the contract to claimant's employer, was covered by insurance. An award has been made against the subcontractor and its carrier. The appeal is by such carrier, who asserts the subcontractor is not a contractor within the meaning of section 56 of the Workmen's Compensation Law. The Board made an award against the subcontractor and its carrier, the appellant herein, on the ground that the policy of insurance, which covered trucking, did not expressly exclude claimant's occupation as operator of a steam shovel, and that the policy, therefore, covered his employment under subdivision 4 of section 54 of the Workmen's Compensation Law. Award unanimously affirmed, with costs to the State Industrial Board against the appellant. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.